**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**IN ADMIRALTY**

IN THE MATTER OF:

THE COMPLAINT OF SUBAQUEOUS
SERVICES, LLC AS OWNER OF THE           Case No. 3:09-cv-358-J-25HTS
TUG BARBARA H, Its Engines,
Tackle, Appurtenances, Equipment,
Etc., IN A CAUSE OF EXONERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioner.
_____

**O R D E R**

A Complaint for Exoneration from or Limitation of Liability (Doc. #1; Complaint) having been filed herein on April 20, 2009, by the above-named Petitioner, as owner of the tug Barbara H, for exoneration from or limitation of liability, pursuant to 46 U.S.C. § 30501, *et seq.*, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (Supplemental Rule(s)), for any damages or injuries caused by or resulting from an incident that occurred on or about October 20, 2008, while said vessel was being towed in the navigable waters in or near Cay Sal Bank, Bahamas;

And the Complaint having indicated that the value of Petitioner's interest in said vessel equals $0.00 or less, *see also* Ad Interim Stipulation for Costs and Value, attached to the

Complaint at (externally numbered) 12-13; Affidavit of Value, attached to the Motion to Approve Ad Interim Stipulation and Enter Monition and Injunction (Doc. #2; Motion), at (externally numbered) 5-6, and Petitioner having stated there is no pending freight;

The Motion (Doc. #2) is **GRANTED** to the extent it is **ORDERED**:

1. The Court, upon motion, shall cause the due appraisement of the amount of value of Petitioner's interest in the aforesaid vessel, and may thereupon order Petitioner to deposit with the Court, for the benefit of claimants, a sum equal to the amount or value of such interest; and, upon demand, the Court may similarly order the submission of funds if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 30501, *et seq.*

2. A notice shall be issued by the Clerk of the Court to all persons asserting claims with respect to which the Complaint seeks limitation admonishing them to file their respective claims with the Clerk of the Court in writing, and to serve on attorneys for Petitioner a copy thereof on or before June 8, 2009, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability he or she shall file and serve on attorneys for Petitioner an answer to the Complaint on or before the said date, unless his or her claim has included an answer to the Complaint, so designated.

3.  The aforesaid notice shall be published by Petitioner in an approved newspaper once a week for four successive weeks prior to the date fixed for the filing of claims as provided by Supplemental Rule F and Rule 7.06(a), Local Rules, United States District Court, Middle District of Florida, and copies of the notice shall also be mailed in accordance with Supplemental Rule F. Not later than the day of second publication, Petitioner shall also mail a copy of the notice to every person known to have made any claim against the vessel or Petitioner arising out of the voyage or trip on which the claims sought to be limited arose.

4.  The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against Petitioner, or against the tug Barbara H or against any property of Petitioner except in this action, to recover damages for or in respect of any damages or injuries caused by or resulting from the matters alleged in the Complaint, be and they hereby are

restrained, stayed, and enjoined until the hearing and determination of this action.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of April, 2009.

                                                /s/       Howard T. Snyder
                                                HOWARD T. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record and
    pro se parties, if any